# Caren Bennett, P.A.

### Attorney at Law

---

801 Jenks Ave., Suite G, Panama City, Florida ~ P.O. Box 1642, Panama City, FL 32402-1642 ~
p (850) 774-2180 ~ p (850) 890-5263 ~ f (850) 254-7121 ~ carenbennettlaw@gmail.com

September 17, 2025

Jessica J. Lyoublanovits
Clerk of Court
U.S. District Court Northern District of Florida
Panama City Division
United States Courthouse
One North Palafox St
Pensacola, FL 32502

RE.:    Benjamin David Wells v. City of Panama City, et. al.
        Case No.: 5:25-cv-00219-MW-MJF

Dear Ms. Lyoublanovits:

Enclosed for filing in above listed case is a thumb drive containing the following:

Plaintiff's    Exhibit 1:    Surveillance Cam Days Inn 1
               Exhibit 2:    Surveillance Cam Days Inn 2
               Exhibit 3:    Surveillance Cam Days Inn 3
               Exhibit 4:    Body Worn Cam Cpl. McNeil
               Exhibit 5:    Body Worn Cam Det. Mc Grath
               Exhibit 6:    Body Worn Cam Ofc. Gay

The exhibits are responsive to Defendants' Motion to Dismiss Complaint (Doc. No. 3) filed on August 21, 2025, and Plaintiff's Response to Defendants' Motion to Dismiss and Supplemental Filing (Doc. No. 7) filed on September 11, 2025.

If you have any questions, or need additional information, please do not hesitate to contact me.

Sincerely,

Caren Bennett

Cc: Coppins Monroe, P.A. via email/file drop
Attachments: Thumb Drive



Please visit www.carenbennettlaw.com



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jessica Lyoublanovits
clerk of court U.S. Courthouse
one North palafox st.
Pensacola, FL 32502

9590 9402 9293 4295 2883 64

2. Article Number *(Transfer from service label)*

9589 0710 5270 0043 3911 79

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

- ☐ Agent
- ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt